UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 09-063

LOUIS BOYD                                   SECTION "R"

## ORDER AND REASONS

On January 23, 2013, the Court sentenced defendant Louis Boyd to a term of 87 months imprisonment as to Counts Two through Seven of the Indictment (distribution of cocaine base and possession a firearm by a convicted felon) and a term of 60 months imprisonment as to Count Eight (possession of a firearm in furtherance of a drug trafficking crime), to run consecutively to the terms imposed on Counts Two through Seven.[1]

Following Amendment 782 of the United States Sentencing Commission, which amended the offense levels outlined in the drug quantity table, the Court reduced Boyd's sentence on Counts Two through Seven to a term of 71 months, to be consecutively followed by the term of 60 months on

---

[1]   R. Doc. 171.  The Fifth Circuit vacated Boyd's conviction on Count One of the Indictment on July 24, 2012, mandating a re-sentencing.  R. Doc. 154.

Count Eight.[2]   Boyd now moves for a further reduction in his sentence.[3] Having considered the factors set forth in 18 U.S.C. § 3553(a), the Court finds that a further reduction is unwarranted.   The sentence imposed adequately reflects the seriousness of the offense, promotes respect for the offense, and provides just punishment.   Accordingly, Boyd's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) is DENIED.

New Orleans, Louisiana, this ____29th____ day of April, 2016.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2]   R. Doc. 217.

[3]   R. Doc. 218.